Kevin J. Kieffer (Nevada Bar No. 7045)
TROUTMAN SANDERS LLP
kevin.kieffer@troutmansanders.com
5 Park Plaza
Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Craig R. Delk (Nevada Bar No. 2295)
THORNDAL, ARMSTRONG, DELK
BALKENBUSH & EISINGER
CRD@thorndal.com
1100 E. Bridger Avenue
Las Vegas, NV 89101
Telephone: 702.366.0622
Facsimile: 702.366-0327

*Attorneys for Plaintiff*
*BEAZLEY INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BEAZLEY INSURANCE COMPANY, a Connecticut Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois Corporation, and PACIFICAP CONSTRUCTION SERVICES, LLC, an Oregon Limited Liability Company<br><br>Defendants. | Case No. 2:12-cv-01721-JAD-NJK<br><br>**JOINT REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>**O R D E R** |

In accordance with the terms of the Settlement Agreement and Release entered into by Plaintiff Beazley Insurance Company ("Beazley") and Defendant American International Specialty Lines Insurance Company n/k/a Chartis Specialty Insurance Company ("Chartis"), Beazley and Chartis hereby jointly move for, and stipulate to a dismissal of all claims in this matter, with prejudice.

REQUEST FOR DISMISSAL

22052049v1

Beazley and Chartis will bear their own costs and attorney's fees.

Dated: May 30, 2014                                  Respectfully submitted,

                                                Kevin J. Kieffer
                                                TROUTMAN SANDERS LLP

                                                Craig R. Delk
                                                THORNDAL, ARMSTRONG, DELK
                                                BALKENBUSH & EISNER

                                                By: /s/Kevin J. Kieffer
                                                Kevin J. Kieffer
                                                *Attorneys for Plaintiff*
                                                *Beazley Insurance Company*

Dated: May 30, 2014                                  Respectfully submitted,

                                                Linda L. Sager
                                                Shelley R. Fortin
                                                HEROLD & SAGER

                                                James L. Wraith (Admitted *Pro Hac Vice*)
                                                Sara M. Parker (Admitted *Pro Hac Vice*)
                                                SELVIN WRAITH HALMAN LLP

                                                By: /s/Sara M. Parker
                                                Sara M. Parker
                                                *Attorneys for Defendant*
                                                *Chartis Specialty Insurance Company aka*
                                                *American International Specialty Lines*
                                                *Insurance Company*

*Filer's Attestation: Sara M. Parker hereby attests that concurrence in the filing of this document has been obtained.*

### **ORDER**

Based on the parties' Joint Request for Dismissal, and good cause appearing,

**IT IS HEREBY ORDERED** that this case is DISMISSED with prejudice, each side to bear its own fees and costs.  The status conference scheduled on 7/7/2014 at 1:30 p.m. is VACATED.

Dated:  June 2, 2014.                                  _____
                                                      United States District Judge

22052049v1